UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) LOGAN PATTERSON and<br>(2) DOMINICK CARDOZA,<br><br>Defendants | Criminal No.  26cr10053<br><br>Violation:<br><br><u>Count One</u>: Conspiracy to Damage by Means of Fire and an Explosive<br>(18 U.S.C. § 371) |

INFORMATION

At all times relevant to this Information:

General Allegations

1. LOGAN PATTERSON lived in Massachusetts.

2. DOMINICK CARDOZA lived in Massachusetts.

Object and Purpose of the Conspiracy

3. The object of the conspiracy was to damage, by means of an explosive, a building and property owned by an institution receiving Federal financial assistance and used in interstate and foreign commerce and in activities affecting interstate and foreign commerce.  The principal purpose of the conspiracy was to cause damage to that building and property.

Manner and Means of the Conspiracy

4. Among the manner and means by which PATTERSON and CARDOZA carried out the conspiracy were the following:

    a. Trespassing in the Goldenson Building on the campus of Harvard Medical School; and

    b. Detonating a firework inside a wooden locker within a research laboratory.

1

Overt Acts in Furtherance of the Conspiracy

5. On or about November 1, 2025, PATTERSON and CARDOZA committed and caused to be committed the following overt acts, among others, in furtherance of the conspiracy:

    a. PATTERSON and CARDOZA accessed the Goldenson Building through a roof entrance.

    b. PATTERSON detonated a large, commercial firework inside a wooden locker within a research laboratory.

    c. CARDOZA recorded a video of the firework's explosion on his phone.

<u>COUNT ONE</u>
Conspiracy to Damage a Building by Means of Fire and an Explosive
(18 U.S.C. § 371)

The United States Attorney charges:

6. The United States Attorney re-alleges and incorporates by reference paragraphs 1-5 of this Information.

7. On or about November 1, 2025, at Boston, in the District of Massachusetts, the defendants,

(1) LOGAN PATTERSON and
(2) DOMINICK CARDOZA,

conspired with each other to maliciously damage and destroy, and attempt to damage and destroy, by means of fire and an explosive, a building and other real and personal property owned and possessed by an institution receiving Federal financial assistance and used in interstate and foreign commerce and in activities affecting interstate and foreign commerce (in violation of Title 18, United States Code, Sections 844(f)(1) and (i)), to wit: the Goldenson Building on the campus of Harvard Medical School and property therein.

All in violation of Title 18, United States Code, Section 371.

LEAH B. FOLEY
United States Attorney

By:   */s/ David M. Holcomb*
David M. Holcomb
Assistant United States Attorney
U.S. Attorney's Office
District of Massachusetts

3